JOHN J. COOPER, Respondent, *v.* AMELIA COOPER et al., Respondents.

PETER EAGAN, Appellant.

*Cooper* v. *Cooper*, 51 App. Div. 595, appeal dismissed.
(Submitted October 2, 1900; decided October 16, 1900.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered June 1, 1900, affirming an order of Special Term modifying a previous order made by that court by reducing the amount of an extra allowance granted to the plaintiff's attorney.

*Franklin Bien* for appellant.

*Louis Cohen* for respondents.

Appeal dismissed, with costs; no opinion.

Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, MARTIN, VANN and LANDON, JJ.